# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TAXICAB INSURANCE STORE, LLC

NO.  2025 CW 0433

VERSUS

LOUISIANA DEPARTMENT OF
HEALTH

**JULY 8, 2025**

---

In Re:   Louisiana Department of Health and Medical
Transportation Management, Inc., applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 755837.

---

**BEFORE:   PENZATO, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** The portion of the district court's April 7, 2025 judgment denying the peremptory exceptions of no right of action filed by defendants, Louisiana Department of Health and Medical Transportation Management, Inc., is reversed. Plaintiff, Taxicab Insurance Store, L.L.C., sells insurance policies to potential and currently credentialed non-emergency medical transportation providers under Louisiana's Medicaid program; however, all of the alleged harm it complains of relates to the state's discretionary determination whether providers have met the minimum insurance required by the Administrative Code. See La. R.S. 46:437.12(A)(9). Therefore, plaintiff does not belong to the class of persons to which the law grants a right of action. Accordingly, the exceptions of no right of action are granted, and plaintiff's claims are dismissed.

**AHP**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT